Form 132 − 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  26−11413−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark R. Wasserman
   35 Rock Road West
   Green Brook, NJ 08812

Social Security No.:
   xxx−xx−7563

Employer's Tax I.D. No.:

_____

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:              4/15/26
Time:             10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

         An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

         **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 6, 2026
JAN: wdr

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-11413-MBK

Mark R. Wasserman                                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                           User: admin                                    Page 1 of 2

Date Rcvd: Mar 06, 2026                    Form ID: 132                                Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mark R. Wasserman, 35 Rock Road West, Green Brook, NJ 08812-2045 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 06 2026 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 06 2026 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520974525 | ^ MEBN | Mar 06 2026 20:38:58 | Attorney General of the United States*, Department of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 520974526 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2026 20:54:39 | CitiMortgage*, P.O. Box 6243, Sioux Falls, SD 57117-6243 |
| 520974527 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 06 2026 20:47:00 | Internal Revenue Service*, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520974528 | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 06 2026 20:54:22 | JPMCB Card Services*, 301 N. Walnut St, Floor 09, Wilmington, DE 19801-3971 |
| 521021943 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 06 2026 20:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520974529 | ^ MEBN | Mar 06 2026 20:39:03 | KML Law Group*, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520974530 | ^ MEBN | Mar 06 2026 20:37:59 | NJ Attorney General Office*, Division of Law, Richard J. Hughes Justice Complex, 25 Market St, P.O. Box 112, Trenton, NJ 08625-0112 |
| 520974532 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 06 2026 20:47:00 | SPS*, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520974531 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 06 2026 20:46:00 | NJ Division of Taxation*, Compliance & Enforcement-Bankruptcy, 50 Barrack Street, 9th Fl, P.O. Box 245, Trenton, NJ 08695-0267 |
| 520974533 | + Email/Text: usanj.njbankr@usdoj.gov | Mar 06 2026 20:47:00 | United States Attorney*, For Internal Revenue Service), 970 Broad Street, 5th Floor, Newark, NJ 07102-2527 |

TOTAL: 12

District/off: 0312-3                        User: admin                        Page 2 of 2

Date Rcvd: Mar 06, 2026                     Form ID: 132                        Total Noticed: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2026                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Citigroup Mortgage Loan Trust 2020-RP1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Steven J. Abelson | on behalf of Debtor Mark R. Wasserman sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4