UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ABELSON LAW OFFICES
By: Steven J. Abelson, Esq.
ID # SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey  07728
(732) 462-4773
Attorney for Debtor

In Re:

MARK R. WASSERMAN

Case No.: _____26-11413_____

Judge: _____MBK_____

Chapter:        13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1.      ☒ Motion for Relief from the Automatic Stay filed by __CITIGROUP MTG. TRUST__ ,
creditor,

A hearing has been scheduled for _____7/8/26_____, at _____.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☒ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.      I oppose the above matter for the following reasons (choose one):

☒ Payments have been made in the amount of $ _____3801_____, but have not
been accounted for.  Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

Plan proposed adequate protection of $ 1267 per mo and those payments have
been made post petition.  There is no basis for MSR.

☒ Other **(explain your answer)**:

Property is listed for sale per plan and will be sold by fall.

3.    This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.    I certify under penalty of perjury that the above is true.

Date: _6/15/26_____          _/s/ Mark R. Wasserman_____
                                   Debtor's Signature

Date: _____            _____
                                   Debtor's Signature

**NOTES:**

1.    Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.    Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*

Available balance

  Filter

sp servicing

 05/27/2026                                     $1,267.00
**CHECK # 2239 (CONVERTED
ACH) SP SERVICING
MRTG PMT 260526 2239
0029721453**

 04/24/2026                                     $1,267.00
**CHECK # 2236 (CONVERTED
ACH) SP SERVICING
MRTG PMT 260423 2236
0029721453**

 03/31/2026                                     $1,267.00
**CHECK # 2235 (CONVERTED
ACH) SP SERVICING
MRTG PMT 260330 2235
0029721453**