UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ABELSON & TRUESDALE, LLC
By: Steven J. Abelson, Esq.
ID # SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

| | |
|---|---|
| In Re:<br><br>MARK R WASSERMAN | Case No.: _____ 26-11413 _____<br><br>Judge: _____ MBK _____<br><br>Chapter: _____ 13 |

| | | | | |
|---|---|---|---|---|
| Recommended Local Form: | ☑ | Followed | ☐ | Modified |

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, _____ Mark R Wasserman _____, upon my oath according to law, hereby certify as follows:

1.  The below information is being supplied for compliance with the Confirmation Hearing date on _____ 5/27/2026 _____.

2.  The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3.  The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: _____5/15/26_____

_____
Signature of Debtor

DATED: _____

_____
Signature of Joint Debtor

new.5/23/06;jml